Jeffrey W. Levitan
Michael T. Mervis
PROSKAUER ROSE LLP
1585 Broadway
New York, New York  10036
(212) 969-3000

*Attorneys for Defendant*
*45220, Inc.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------------------------------- x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| BH S&B HOLDINGS LLC, *et al.*, | : | Case No. 08-144604 (MG) |
| | : | |
| Debtors. | : | (Jointly Administered) |
| | : | |

----------------------------------------------------------- x

| | | |
|---|---|---|
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS, on behalf of DEBTORS, | : | |
| | : | |
| Plaintiffs, | : | Adv. Pro. No. 09-01352 (MG) |
| | : | |
| v. | : | |
| | : | |
| 45220, Inc., | : | |
| | : | |
| Defendant. | : | |

----------------------------------------------------------- x

### CORPORATE OWNERSHIP STATEMENT

In accordance with Rule 7007.1 of the Federal Rules of Bankruptcy Procedure, 45220, Inc. hereby states that there are no corporations that directly or indirectly own 10% or more of any class of its equity interests.

[SIGNATURE PAGE FOLLOWS]

Dated: New York, New York
August 10, 2009

                              PROSKAUER ROSE LLP

                              By: /s/ Jeffrey W. Levitan
                                 Jeffrey W. Levitan
                                 Michael T. Mervis

                              PROSKAUER ROSE LLP
                              1585 Broadway
                              New York, NY  10036-8299
                              Phone: 212.969.3000
                              Fax: 212.969.2900

                              *Attorneys for Defendant*