Robert M. Hirsh
Jeffrey D. Vanacore
Nick Pavlidis
ARENT FOX LLP
1675 Broadway
New York, New York 10019
(212) 484-3900

Counsel for the Official Committee
of Unsecured Creditors of BH S&B Holdings LLC, *et al.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- x

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| BH S&B HOLDINGS LLC, *et al.*,[1] | : | Case No. 08-14604 (MG) |
| Debtors. | : | Jointly Administered |

-------------------------------------------------------- x

| | | |
|---|---|---|
| OFFICIAL COMMITTEE OF UNSECURED CREDITORS, on behalf of DEBTORS, | : | |
| Plaintiffs, | : | Adv. No. 09-01352 (MG) |
| vs. | : | |
| 45220 Inc., | : | |
| Defendant. | : | |

-------------------------------------------------------- x

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF NEW YORK   )

LISA INDELICATO, being sworn, deposes and says:

1. Deponent is not a party to this action, is over eighteen years of age, and is an employee of Arent Fox LLP, 1675 Broadway, New York, New York 10019.

---

[1] The Debtors are: BH S&B Holdings LLC; BHY S&B Intermediate Holdco LLC; BH S&B Retail LLC; BH S&B Lico LLC; Heritage Licensing LLC; Fashion Plate Licensing LLC; Cubicle Licensing LLC; and BH S&B Distribution LLC.

NYC/481320.1

      2.    On April 7, 2010, I served a true and correct copy of the *Amended Notice of Continuance of Deposition of Sarah Jessica Parker to April 13, 2010 at 10 a.m.* via overnight courier, FedEx, upon:

    James A. Sarna and Ira Schreck
    Sarna & Associates, P.C.
    328 North Broadway
    2nd Floor
    Upper Nyack, NY 10960

                                               */s/ Lisa Indelicato*
                                               Lisa Indelicato

Sworn to before me this
7th day of April 2010.

*/s/ Miriam Lyle McKibben*
Notary Public, State of New York
No. 31-4873251
Qualified in Queens County
Commission Expires 10/6/2010

NYC/481320.1