

**SQUIRE, SANDERS & DEMPSEY (US) LLP**

30 Rockefeller Plaza
New York, NY 10112

Office: +1.212.872.9800
Fax:     +1.212.872.9815

Direct Dial: +1.212.872.9888
andrea.fisher@ssd.com

April 12, 2011

**BY ECF and ELECTRONIC MAIL**

The Honorable Martin Glenn
Judge of the United States Bankruptcy
 Court for the Southern District of New York
One Bowling Green
New York, New York 10004-1408

**Re:**     <u>Official Committee of Unsecured Creditors v. 45220, Inc. Adv. Proc. Case No. 09-1352(MG)</u>

Dear Judge Glenn:

We are Special Litigation Counsel to Robert L. Geltzer, as Chapter 7 Trustee (the "Trustee") of the debtor BH S&B Holdings LLC..  The pre trial conference in the above referenced adversary proceeding scheduled for April 14, 2011 has been adjourned till May 26, 2011 at 10:00.

We thank Your Honor for your time and consideration in this matter.

Respectfully submitted,


Andrea K. Fisher

37 OFFICES IN 17 COUNTRIES

SQUIRE, SANDERS & DEMPSEY (US) LLP IS PART OF THE INTERNATIONAL LEGAL PRACTICE SQUIRE, SANDERS & DEMPSEY
WHICH OPERATES WORLDWIDE THROUGH A NUMBER OF SEPARATE LEGAL ENTITIES.

PLEASE VISIT WWW.SSD.COM FOR MORE INFORMATION.